IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN SIRY,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,[1]<br><br>    Defendant. | CIVIL ACTION<br>NO. 24-1910 |

# ORDER

**AND NOW**, this 25th day of August 2025, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Doc. No. 18), Defendant's Objection to the Report and Recommendation (Doc. No. 19), Plaintiff's Response to the Objection (Doc. No. 20), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 18) is **APPROVED AND ADOPTED**.

2. Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11) is **GRANTED** on the issue of whether the Administrative Law Judge's determination is unsupported by substantial evidence as she failed to properly account for Plaintiff's limitations.

---

[1] In accordance with Federal Rule of Civil Procedure 25(d), Frank Bisignano, Commissioner of the Social Security Administration, is substituted as Defendant for Leland Dudek, the former Acting Commissioner.

2

3. Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11) is **DENIED** on the issue of whether the Administrative Law Judge's determination is unsupported by substantial evidence as she failed to properly consider Plaintiff's subjective testimony.

4. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Opinion of the Court and Magistrate Judge Sitarski's Report and Recommendation.

          BY THE COURT:

          /s/ Joel H. Slomsky
          JOEL H. SLOMSKY, J.